PER CURIAM.
This case involves the admissibility of contraband (a controlled substance) which was, upon an encounter with the police, “abandoned” rather than “seized” and is affirmed on the authority of California v. Hodari D., — U.S. -, 111 S.Ct. 1547, 113 L.Ed.2d 690 (1991); Curry v. State, 570 So.2d 1071 (Fla. 5th DCA 1990); State v. Oliver, 368 So.2d 1331 (Fla. 3d DCA 1979), cert. dis’m., 383 So.2d 1200 (Fla. 1980) and A. G. v. State, 562 So.2d 400 (Fla. 3d DCA 1990); State v. Perez, 592 So.2d 1099 (Fla. 3d DCA 1990), juris, accepted, 570 So.2d 1305 (Fla.1990); Butler v. State, 579 So.2d 890 (Fla. 3d DCA 1991); and State v. Arnold, 579 So.2d 902 (Fla. 4th DCA 1991) (on rehearing).
AFFIRMED.
COBB, COWART and GRIFFIN, JJ., concur.